IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VRABEL, SOPHIE VRABEL,<br><br>          Plaintiffs,<br><br>     v.<br><br>WASHINGTON MUTUAL BANK, FA, et al.,<br><br>          Defendants | No. C-09-1278 MMC<br><br>**ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND** |

     Before the Court is plaintiff Sophie Vrabel's response, filed April 17, 2009, to the Court's March 27, 2009 order directing plaintiffs to show cause why the instant complaint should not be dismissed.[1]  In her response, Sophie Vrabel, through counsel,[2] concedes the initial complaint fails to state a claim under either federal or state law, and requests leave to amend.

     Under the circumstances, and for the reasons stated in the Court's order of March 27, 2009, the complaint is hereby DISMISSED.  Any First Amended Complaint shall be filed no later than May 18, 2009.

     **IT IS SO ORDERED.**

Dated: April 28, 2009

MAXINE M. CHESNEY
United States District Judge

---

     [1] Plaintiff Martin Vrabel did not respond to the Court's March 27, 2009 order.

     [2] Plaintiffs filed the initial complaint in propria persona.