IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VRABEL, SOPHIE VRABEL,<br><br>    Plaintiffs,<br><br>  v.<br><br>WASHINGTON MUTUAL BANK, FA, et al.,<br><br>    Defendants / | No. C-09-1278 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

By order filed March 24, 2009, the Court scheduled the Initial Case Management Conference for July 10, 2009.

In light of the pendency of defendants' motion to dismiss and motion to strike, each set for hearing August 14, 2009, the Initial Case Management Conference is hereby CONTINUED to October 2, 2009. A Joint Case Management Statement shall be filed no later than September 25, 2009.

**IT IS SO ORDERED.**

Dated: July 7, 2009

MAXINE M. CHESNEY
United States District Judge