IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN VRABEL, SOPHIE VRABEL,

        Plaintiffs,

  v.

JP MORGAN CHASE BANK, N.A., et al.,

        Defendants.
                                     /

No. CV-09-1278 MMC

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED**

    1. Defendants' motion to dismiss is hereby GRANTED, as follows:

        a. The First, Second, and Seventh Causes of Action, as well as the Fourth Cause of Action to the extent it is based on federal law, are hereby DISMISSED without leave to amend.

        b. The Third, Fifth, and Sixth Causes of Action, as well as the Fourth Cause of Action, to the extent it is based on state law, are hereby DISMISSED without prejudice to plaintiffs' refiling said claims in state court.

|   |   |
|---|---|
| 1 |   |
| 2 | 2. Defendants' motion to strike is hereby DENIED as moot. |
| 3 |   |
| 4 |   |
| 5 | Dated: August 13, 2009                Richard W. Wieking, Clerk |

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk